STOKES *v.* MOORE.

ATKINSON, J. The exception is to a judgment overruling a motion for new trial. The only grounds of the motion are that the verdict is contrary to the evidence and without evidence to support it, decidedly and strongly against the weight of the evidence, and contrary to law and the principles of justice and equity. The evidence, though conflicting, was sufficient to support the verdict, and there was no error in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur.*

*C. S. Claxton* and *E. L. Stephens,* for plaintiff in error.

*A. L. Hatcher* and *J. L. Kent,* contra.

